1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  RICHARD SWARTZ,                  )   CIVIL NO. CV 11-00389-SS
                                     )
12          Plaintiff,               )   [PROPOSED] ORDER AWARDING
                                     )   EQUAL ACCESS TO JUSTICE ACT
13          v.                       )   ATTORNEY FEES PURSUANT TO
                                     )   28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
15                                   )
                                     )
16          Defendant.               )
    _____ )

17

18          Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that fees in the amount of THREE THOUSAND SEVEN

20  HUNDRED AND TWENTY-TWO DOLLARS ($3,722.00), as authorized by 28 U.S.C.

21  § 2412(d), be awarded subject to the terms of the Stipulation.

22

23

24  Dated:  January 3, 2012          _____/S/_____
                                     SUZANNE H. SEGAL
25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28